UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK A. HINKLE,

        Petitioner,

v.                              Case No. 3:08-cv-1021-J-12HTS

SHERIFF RICK BESELER,
et al.,

        Respondents.

## ORDER

Petitioner initiated this action by filing a Petition for Writ of Habeas Corpus (Doc. #1) (hereinafter Petition) pursuant to 28 U.S.C. § 2254 on October 22, 2008. Upon review of the record, it is clear that Petitioner has not exhausted his grounds for relief in state court because he admits that he did not file a direct appeal or any motions for post-conviction relief in state court concerning the challenged conviction. In recognition of the nature of comity between the national and state sovereignties in our federal system, this Court should give the state court an opportunity to rule on Petitioner's claims. For this reason, this case will be dismissed without prejudice to give Petitioner the opportunity to exhaust his state court remedies. See Rose v. Lundy, 455 U.S. 509 (1982); see also 28 U.S.C. § 2254(b)(1)(A).

Additionally, Petitioner did not pay the $5.00 filing fee or file a request to proceed as a pauper. He also failed to sign the Petition in accordance with Fed. R. Civ. P. 11, the instructions

accompanying the Petition for Writ of Habeas Corpus form, and Local Rule 1.05(d).  Finally, he failed to provide two copies of the Petition for service upon the Respondents.  Thus, for all of the above-stated reasons, this case will be dismissed without prejudice to Petitioner's right to properly file a federal petition in a new case after he exhausts his state court remedies.

Accordingly, it is now

**ORDERED**:

1.  This case is dismissed without prejudice.

2.  The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 28TH day of October, 2008.

Howell W. Melton
UNITED STATES DISTRICT JUDGE

ps 10/23
c:
Mark A. Hinkle

2